STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 0 2000

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR00-00061 HG |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [21 U.S.C. § 841] |
| ELLERY J. SHIELDS, | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about February 3, 2000, in the District of Hawaii, ELLERY J. SHIELDS, did knowingly and intentionally possess, with intent to distribute, in excess of fifty (50) grams of Crystal Methamphetamine, a Schedule II controlled substance. In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

DATED: Honolulu, Hawaii, 2/10/2000

A TRUE BILL

/s/

---
FOREPERSON, GRAND JURY

---
STEVEN S. ALM
United States Attorney
District of Hawaii

---
ELLIOT ENOKI
First Assistant U.S. Attorney

---
CHRIS A. THOMAS
Assistant U.S. Attorney

United States v. Ellery J. Shields
"Indictment"
Cr. No. _____

2