PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 18 2006

at 10 o'clock and 8 min. A M
SUE BEITIA, CLERK

# United States District Court

## for the

### DISTRICT OF HAWAII

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: ELLERY J. SHIELDS       Case Number: CR 00-00061HG-01

Name of Sentencing Judicial Officer:   The Honorable Helen Gillmor
                                       U.S. District Judge

Date of Original Sentence: 7/10/2000

Original Offense:   POSSESSION WITH INTENT TO DISTRIBUTE IN EXCESS OF
                    50 GRAMS OF CRYSTAL METHAMPHETAMINE, in violation of
                    21 U.S.C. § 841(a)(1), a Class A felony

Original Sentence:  Eighty-seven (87) months imprisonment and a term of five (5) years
                    supervised release with the following special conditions: 1) That
                    the defendant participate in a substance abuse program, which
                    may include drug testing at the discretion and direction of the
                    Probation Office; 2) That the defendant is prohibited from
                    possessing any illegal or dangerous weapons; and 3) That the
                    defendant shall provide the Probation Office access to any
                    requested financial information.

Type of Supervision: Supervised Release    Date Supervision Commenced: 7/8/2005

### PETITIONING THE COURT

[✓]   To modify the conditions of supervision as follows:

    Ellery J. Shields, as a condition of supervision, shall submit to one drug test
    within 15 days of release from imprisonment and at least two periodic drug tests
    thereafter, not to exceed four tests per month, as directed by the probation
    officer, pursuant to 18 USC 3583(d).

### CAUSE

On 7/8/05, the offender was released from the Bureau of Prisons custody to the supervision of the U.S. Probation Office in the Central District of California (CD/CA).

Prob 12B
(7/93)

2

On 12/30/05, we received a request from the CD/CA to modify the conditions of supervised release based on the offender's history of substance abuse.

According to a letter received from the CD/CA, the offender is currently participating in a substance abuse program that includes random drug testing. Following completion of treatment, the offender will enter an aftercare component but their ability to randomly drug test him has ceased due to <u>United States v. Stephens</u> (9th Circuit 2005). The Appeals Court's finding in *Stephens* limits the probation officer to three random drug tests outside of treatment.

The purpose for the modification is so that the Probation Office could continue to conduct random drug testing at the rate of up to four (4) tests per month following the completion of the drug treatment regimen. It is respectfully recommended that the Court modify the conditions of supervision as recommended.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The offender waives his right to a hearing and to assistance of counsel. The offender agrees to the modification of the conditions of supervised release. The offender's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

*[signature]*

JOYCE K.F.K. LUM
U.S. Probation Officer

Approved by:

*[signature]*

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date: 1/12/2006

Prob 12B
(7/93)

3

THE COURT ORDERS:

[✓]   The Modification of Conditions as Noted Above
[ ]   Other

_____
HELEN GILLMOR
Chief U.S. District Judge

_____1·13·06_____
Date

UNITED STATES DISTRICT COURT
District of Hawaii

Waiver of Hearing to Modify Conditions of
Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Ellery J. Shields, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the probation officer, pursuant to 18 USC 3583(d).

Witness: _____
STEVEN FRYDMAN
U. S. Probation Officer

Signed: _____
ELLERY J. SHIELDS
Supervised Releasee

Date: 11/29/05