a: usPO
usA

| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* CR 00-00061HG-01 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 08CR 301 JFW |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 17 2008
at 3 o'clock and 45 min P
SUE BEITIA, CLERK

| NAME OF PROBATIONER/SUPERVISED RELEASEE: ELLERY J. SHIELDS | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE HELEN GILLMOR | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 7/8/2005  TO 7/4/2010 |

**OFFENSE**

POSSESSION WITH INTENT TO DISTRIBUTE IN EXCESS OF 50 GRAMS OF CRYSTAL METHAMPHETAMINE, in violation of 21 U.S.C. § 841(a)(1), a Class A felony

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Central District of California (Santa Fe Springs)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2·5·08
Date

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Central District of California (Santa Fe Springs)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 9, 2008
*Effective Date*

ALICEMARIE H. STOTLER
Chief *United States District Judge*





**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

March 14, 2008

Clerk, USDC - District of Hawaii
C338 Prince Kuhio Federal Bldg
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

**RECEIVED**
CLERK U.S. DISTRICT COURT
MAR 17 2008
DISTRICT OF HAWAII

Re: Transfer of Jurisdiction of Probation
   Your Case No.  1:CR-00-00061HG-01
   Assigned Our Case No.  2:08-CR-00301-JFW
   Case Title:  USA -v- Ellery J. Shields

Dear Sir/Madam:

Enclosed is the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge  Alicemarie H. Stotler  .

Please forward to this district court certified copies of the following documents:
1) Indictment, Information, or Complaint
2) Judgment and Probationary Order
3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

Sincerely,

Clerk, U.S. District Court

By  J. Lam (213) 894-7982
   Deputy Clerk

cc: Probation Office, Los Angeles
    Probation Office, District of Origin

CR-25 (12/01)                     TRANSMITTAL LETTER - PROBATION TRANSFER-IN